# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSEPH WEISS, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>                Defendant. | Civil Action No: 1:16-cv-02870<br><br>Honorable Marvin E. Aspen<br><br>Magistrate Honorable Jeffrey Cole |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE THAT** on **March 17, 2016** at **8:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Marvin E. Aspen, or whomever may be designated to sit in his stead, in Room 2568 of the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present *Plaintiff's Motion For Class Certification,* a copy of which is attached and served upon you.

Dated: March 7, 2016
       Chicago, IL

                              Respectfully submitted,

                              By: */s/ Katrina Carroll*
                              Katrina Carroll
                              kcarroll@litedepalma.com
                              Kyle A. Shamberg
                              kshamberg@litedepalma.com
                              **LITE DEPALMA GREENBERG, LLC**
                              211 West Wacker Drive, Suite 500
                              Chicago, Illinois 60606
                              Telephone: (312) 750-1265

                              **AHDOOT & WOLFSON, PC**
                              Robert Ahdoot*
                              radhoot@ahdootwolfson.com
                              Tina Wolfson*
                              twolfson@ahdootwolfson.com

587398.1

Brad King*
bking@ahdootwolfson.com
1016 Palm Avenue
West Hollywood, California 90069
Telephone: (310) 474-9111
Facsimile: (310) 474-8585

**CAREY RODRIGUEZ
MILIAN GONYA, LLP**
David P. Milian*
dmilian@careyrodriguez.com
Frank S. Hedin*
fhedin@careyrodriguez.com
1395 Brickell Avenue, Suite 700
Miami, Florida 33131
Telephone: (305) 372-7474
Facsimile: (305) 372-7475

*Pro Hac Vice Application Forthcoming*

***Counsel for Plaintiff and the Putative Class***

2

587398.1

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **NOTICE OF MOTION** was filed this 7th day of March, 2016, via the electronic filing system of the United States District Court for the Northern District of Illinois.

*/s/ Katrina Carroll*
Katrina Carroll