IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSEPH WEISS, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>GOOGLE INC.<br><br>        Defendant. | Case No. 16-cv-2870<br><br>Honorable Jorge Alonso |

## NOTICE OF MOTION

**TO:**    ALL COUNSEL OF RECORD (See attached Certificate of Service)

**Please take notice** that on Tuesday, April 5, 2016 at 9:30 a.m., or as soon thereafter as counsel may be heard, Defendant Google Inc. shall appear before the Honorable Jorge L. Alonso, or any judge sitting in his stead, in courtroom 1700 or any other courtroom occupied by him, and then and there present its Motion for Extension of Time to Answer or Otherwise Plead, a copy of which was served upon you on March 30, 2016, via ECF filing.

DATED:    March 30, 2016                             Respectfully Submitted,

                                                                                                By:    *Debra R. Bernard*

                                                                                                Debra R. Bernard (ARDC No. 6191217)
                                                                                                 PERKINS COIE LLP
                                                                                                 131 South Dearborn Street, Suite 1700
                                                                                                 Chicago, Illinois 60603-5559
                                                                                                 (312) 324-8400
                                                                                                 (312) 324-9400
                                                                                                 dbernard@perkinscoie.com

                                                                                               *Attorneys for Defendant Google, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that, on March 30, 2016, a copy of the foregoing Notice of Uncontested Motion for an Extension of Time to Answer or Otherwise Plead was served via ECF filing to the following attorney of record:

Katrina Carroll
kcarroll@litedepalma.co
Kyle A. Shamberg
kshamberg@litedepalma.com
LITE DEPALMA GREENBERG, LLC
211 West Wacker Drive, Suite 500
Chicago, Illinois 60606
Telephone: (312) 750-1265

AHDOOT & WOLFSON, PC
Robert Ahdoot
radhoot@ahdootwolfson.com
Tina Wolfson
twolfson@ahdootwolfson.com
Brad King
bking@ahdootwolfson.com
1016 Palm Avenue
West Hollywood, California 90069
Telephone: (310) 474-9111
Facsimile: (310) 474-8585

CAREY RODRIGUEZ
MILIAN GONYA, LLP
David P. Milian
dmilian@careyrodriguez.com
Frank S. Hedin
fhedin@careyrodriguez.com
1395 Brickell Avenue, Suite 700
Miami, Florida 33131
Telephone: (305) 372-7474
Facsimile: (305) 372-7475

/s/ Debra R. Bernard