IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LINDABETH RIVERA, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>GOOGLE INC.,<br><br>    Defendant. | Case No.: 1:16-cv-02714<br><br>Judge: Honorable Edmond E. Chang<br><br>Magistrate Michael T. Mason |
| JOSEPH WEISS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>GOOGLE INC.,<br><br>    Defendant. | Case No.: 1:16-cv-02870<br><br>Judge: Honorable Edmond E. Chang<br><br>Magistrate Michael T. Mason |

**GOOGLE INC.'S CONSOLIDATED MOTION TO DISMISS THE CLASS ACTION COMPLAINTS OF PLAINTIFFS LINDABETH RIVERA AND JOSEPH WEISS**

  Defendant Google Inc. ("Google") hereby moves this Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing the Class Action Complaints of Plaintiffs Lindabeth Rivera and Joseph Weiss ("Plaintiffs") with prejudice. Google has conferred with Plaintiffs and Plaintiffs oppose this Motion. In support of its Motion, Google states as follows:

  1. On March 1, 2016 and March 4, 2016, respectively, Plaintiffs filed Class Action Complaints against Google Inc. alleging violations of the Illinois Biometric Information Privacy Act ("BIPA"), 740 ILCS 14/1 *et seq.* in connection with Google Photos, a service that helps users store and organize photos.

  2. On March 30, 2016, Google moved for an extension to May 18, 2016 of the deadline to answer or otherwise plead, which the Court granted. *Rivera* Dkt. 11; *Weiss* Dkt.

11. On April 1, Rivera filed an uncontested motion to reassign *Weiss* to this Court's calendar, which the Court also granted. *Rivera* Dkt. 11, 15; *see also Weiss* Dkt. 12, 13. On May 9, the Court granted Google's agreed motion to file a single consolidated motion to dismiss both the *Rivera* and *Weiss* Complaints. *Rivera* Dkt. 30; *Weiss* Dkt. 27.

3. Google moves to dismiss these actions with prejudice on two separate grounds, as more fully set forth in Google's Memorandum of Law in Support of Its Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6), filed contemporaneously herewith and incorporated herein.

4. First, BIPA expressly does not regulate photos or information derived from photos. Thus, BIPA does not apply to the Google Photos service.

5. Second, under Plaintiffs' interpretation of BIPA, the statute would effectively regulate conduct occurring wholly outside Illinois' borders, which would violate the dormant Commerce Clause of the United States Constitution.

WHEREFORE, for the reasons set forth herein and in Google's Memorandum of Law in Support of Its Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6), Google respectfully requests that this Court dismiss Plaintiffs' Complaints with prejudice and for such other and further relief the Court deems necessary and proper in the interests of justice.

-3-

Dated: May 18, 2016 GOOGLE INC.,

By: /s/ Susan D. Fahringer
　　　Susan D. Fahringer

**PERKINS COIE LLP**

Susan D. Fahringer, *admitted pro hac vice*
SFahringer@perkinscoie.com
Nicola C. Menaldo, *admitted pro hac vice*
NMenaldo@perkinscoie.com
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Sunita Bali, *admitted pro hac vice*
SBali@perkinscoie.com
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Telephone: 415.344.7000
Facsimile: 415.344.7050

Debra R. Bernard (ARDC No. 6191217)
DBernard@perkinscoie.com
131 South Dearborn Street, Suite 1700
Chicago, Illinois 60603-5559
Telephone: 312.324.8400
Facsimile: 312.324.9400